IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

WILLIE L. JOHNSON,

    Plaintiff,

    v.

COLETTE PETERS; BRAD CAN; RICO RODRIGUES; C/O WHITE; BRENDA J. BROOKS,

    Defendants.

Case No. 2:19-cv-01289-MK

ORDER

MCSHANE, Judge:

    Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 26), and the matter is now before this Court on Plaintiff's Objections. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). The Court reviews *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1988). The Court finds no error and concludes the report is correct.

    Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 26) is adopted in full. Defendants' Motion for Summary Judgment (ECF No. 18) is GRANTED in part and DENIED in part, as detailed in Judge Kasubhai's Findings and Recommendation. Plaintiff's Motion for Summary Judgment (ECF No. 23) is DENIED.

1 – ORDER

The Court also ORDERS the parties to confer and file a joint status report within 60 days of this order. In this joint status report, Plaintiff should inform the Court whether they will be seeking appointment of counsel or wish to continue *pro se*.

IT IS SO ORDERED.

DATED this 19th day of March, 2021.

                                                               _____s/Michael J. McShane_____
                                                                      MICHAEL McSHANE
                                                           UNITED STATES DISTRICT JUDGE